UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

        Petitioner,        Case Number: 04-CV-72114-DT

v.        HON. GEORGE CARAM STEEH

LINDA M. METRISH,

        Respondent.
_____/

**OPINION AND ORDER TRANSFERRING PETITION FOR
WRIT OF HABEAS CORPUS TO THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

Petitioner Gregory Hardy has filed a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254.  Petitioner was convicted in the Kalamazoo County Circuit Court in Kalamazoo, Michigan in 1996.  At the time he filed his petition, he was incarcerated at the Pugsley Correctional Facility in Kingsley, Michigan.  He is currently confined at the Straits Correctional Facility in Kincheloe, Michigan.  Petitioner challenges a decision of the Michigan Parole Board, which is based in Lansing, Michigan.

A habeas petition submitted by a person in state custody may be filed in the district where the person is in custody or in the district where the person was convicted and sentenced.  28 U.S.C. § 2241(d).  The district in which the petitioner files a habeas petition, in the exercise of its discretion and in furtherance of justice, may transfer the petition to another district court for hearing and determination.  Id.

Petitioner was convicted in Kalamazoo County, Michigan.  At the time he filed the

petition, Petitioner was confined in Grand Traverse County, Michigan. He is currently confined in Chippewa County, and challenges a parole decision by the Michigan Parole Board in Ingham County. All four counties lie in the Western District of Michigan. *See* 28 U.S.C. § 102(b). Accordingly, in the interests of justice, the Court exercises its discretion and transfers Petitioner's case to the United States District Court for the Western District of Michigan. The Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan.

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

Dated: April 25, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on April 25, 2005, by electronic and/or ordinary mail.

          s/Josephine Chaffee
          Secretary/Deputy Clerk